| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court) 7:08-MJ-1031-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) 11CR7047-MMA |

| NAME OF OFFENDER Alecia Jacqueline Kelly | DISTRICT EASTERN NORTH CAROLINA | DIVISION Southern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 03/30/2011 · TO 03/29/2012 |

**OFFENSE**
18 U.S.C., Section 13, NCGS 20-138.1 – DWI, Level V

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District California upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

Robert B. Jones, Jr.
US Magistrate Judge

September 21, 2011
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

FILED

### PART 2 ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT CALIFORNIA**

OCT 24 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

10/8/11
Effective date

_____
United States District Judge

Case 7:08-mj-01031-RJ   Document 24   Filed 10/24/11   Page 1 of 1